# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

TERRY SIGNAIGO

Plaintiff(s),

vs.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

Defendant(s).

Case No. 4:22 CV 896

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for ____________________ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):

      NONE

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

      NONE

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

      NONE

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Signature (Counsel for Plaintiff/Defendant)
Print Name: KRISTEN N. VAN FOSSAN
Address: 211 N BROADWAY, STE 2400
City/State/Zip: ST. LOUIS MO 63102
Phone: 314-241-9666

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
8, 26, 2022.

Signature