UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TERRI SIGNAIGO
_____________________, )
Plaintiff (s), )
)
v. ) Case No. 4:22 CV 896
)
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON )
_____________________, )
Defendant(s). )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now TERRY SIGNAIGO and notifies the court of the intent to use
(Plaintiff or Defendant)

HEAVEN SENT
(name and address of process server)
421 NOTH 7TH STREET, SUITE 422
PHILADELPHIA, PA 19123

To serve: LINCOLN LIFE ASSURANCE COMPANY OF BOSTON in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

8.26.2022
(date)

(attorney for Plaintiff)

_____________________
(attorney for Defendant)