UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TERRY SIGNAIGO,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendant. | Case | No. 4:22 CV 896 |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. ***If incarcerated.*** I am being held at: N/A. If employed there, or have an account in the institution, I have attached a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last 6 months for any institutional account in my name. I am submitting a similar statement from the other institutions I was incarcerated at during the last 6 months.

2. *If not incarcerated.* **If I am employed,** my employer's name and address are:
Not Employed

My gross pay or wages are: $ 0, and my take-home pay or wages are: $ 0 per ____ hour – week – month – other:________.*(specify pay period)*

If married, my spouse's income is $ 65000.00 per year. *(specify pay period)*

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:
   - (a) Business, profession, or other self-employment ___ Yes ✓ No
   - (b) Rent payments, interest, or dividends ___ Yes ✓ No
   - (c) Pension, annuity, or life insurance payments ___ Yes ✓ No
   - (d) Disability or worker's compensation payments ___ Yes ✓ No
   - (e) Gifts or inheritances ___ Yes ✓ No
   - (f) Any other sources ___ Yes ✓ No

***If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.***

4. Amount of money that I have in cash or in a checking or savings account: $ #257.91 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art, or other financial instrument or thing of value I own, including any item of value held in someone else's name *(describe property, approximate value)*:

**Vehicle 1** make/model/year: 2006 Chevrolet Suburban Approximate value: 5700.00

**Vehicle 2** make/model/year: 2016 Scion Im Approximate value: 14800.00

Other items of value: None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses:

| | Monthly Expense | Total Debt (if applicable) | |
|---|---|---|---|
| Housing | $ 750.00 | $ 80000.00 | (rent/mortgage) |
| Groceries | $ 500 | $ | |
| Medical expenses | $ | $ 4000.00 | |
| Utilities | $ 350.00 | $ | (gas, electric, water/sewer, phone, internet, trash, cable) |
| Credit cards | $ | $ 18000.00 | |
| Car/Truck/Vehicle | $ 300.00 | $ | (payment, gas, insurance) |
| Childcare | $ 400.00 | $ | |
| Child support | $ 0 | $ 0 | |
| Insurance | $ | $ 2060.00 | (health, property) |
| Loans | $ 0 | $ 0 | |
| Other | $ 0 | $ 0 | |

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Angela Signaigo - Spouse Ms, Es, Rs My three Children.

8. Any other debts or financial obligations not listed elsewhere *(describe amounts owed and to whom payable)*:
N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Signature: T Signaigo Date: 8/26/22

TERRY SIGNAIGO