**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

TERRY SIGNAIGO, )
)
Plaintiff(s), )
)
vs. ) Case No. 4:22-cv-00896-DDN
)
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, )
)
Defendant(s). )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

a. Whether the subject organization is publicly traded, and if it is, on which exchange(s):

Lincoln Life Assurance Company of Boston (now known as The Lincoln National Life Insurance Company) is a wholly owned subsidiary of Lincoln National Corporation(NYSE:LNC), a publicly held corporation.

b. Its parent companies or corporations (if none, state "none"):

Lincoln National Corporation.

c. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

None.

d. Any publicly held company or corporation that owns any of the subject corporation's stock (if none, state "none"):

Lincoln National Corporation.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and sub-members and each member's and sub-member's state(s) of citizenship:

Not applicable.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," counsel must file an amended certificate within seven (7) days of the change. E.D.Mo. L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(b)(2).

/s/ Iwana Rademaekers
Signature (Counsel for Plaintiff/Defendant)
Print Name: Iwana Rademaekers
Address: 17304 Preston Rd, Ste 800
City/State/Zip: Dallas TX 75252
Phone: (214) 579-9319

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (~~by mail, by hand delivery, or~~ by electronic notice) on all parties on: September 29, 2022.

Kristen N. Van Fossan
Email: kristenv@dwfox.com

/s/ Iwana Rademaekers
Signature