**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERRY SIGNAIGO,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | ) | Case No. 4:22-cv-00896-SEP |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis*, Doc. [4], is **GRANTED**. *See* 28 U.S.C. § 1915.

Dated this 20th day of December, 2022.

Sarah E. Pitlyk
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE