**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **TERRY SIGNAIGO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-000896-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT PROPOSED SCHEDULING PLAN

Now come all parties to this case, by and through their respective counsel, and hereby jointly submit to the Court this Joint Proposed Scheduling Plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order entered on December 15, 2022, scheduling the Rule 16 Conference (Doc. 11). The parties conferred regarding this Joint Proposed Scheduling Plan on January 9, 2023.

(a) The Track Assignment (Track 2, Standard) has been appropriately assigned.

(b) All motions for joinder of additional parties or amendment of pleadings shall be filed no later than January 30, 2023.

(c) The parties propose the following discovery plan:

(i) Initial production of responsive documents, including electronically stored information, shall be in the format most convenient to the producing party. If the requesting party determines that it needs items in a different format or in native format, it may make a request for such production, pursuant to applicable law, and the parties will address this issue at the time the request is made.

(ii) Should there be any issue regarding claims of privilege or of protection of documents as trial-preparation materials after production, the parties anticipate they will be able to resolve these through agreement.

(iii) Defendant has already produced to Plaintiff a copy of the ERISA administrative record. The parties agree that this production will satisfy the requirement for Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(B).

(iv) As this is a recovery of benefits action under ERISA through Court review of the administrative record, no discovery beyond the Administrative Record is required.

(v) As this is a recovery of benefits action under ERISA through Court review of the administrative record, no expert witnesses will be required.

(vi) Should any discovery be permitted in this action, the parties agree to limit the number of depositions to one (1) and the limit of twenty-five (25) interrogatories per party, as set forth in Fed. R. Civ. P. 33(a) should apply.

(vii) It is not anticipated that any physical or mental examination of any party will be requested.

(viii) All discovery, if any is required or permitted, will be completed by May 31, 2023.

(ix) The parties are currently unaware of any other matters pertinent to the completion of discovery in this case.

(d) The parties believe that referral to mediation may be most productive prior to the dispositive motion deadline.

(e) Dispositive motions should be filed by June 28, 2023. Memoranda in opposition to dispositive motions should be filed within 28 days after the date(s) of filing of the dispositive motion(s) to which they respond. Reply memoranda in support of dispositive motions should be filed within 14 days after the date of filing of the memoranda in opposition to which they respond.

(f) In the unlikely event that the action is not resolved through dispositive motions, the earliest date by which this case should reasonably be ready for trial after due consideration of such motions is February 28, 2024.

(g) The parties expect that one (1) day would be required to try the case to verdict.

(h) There are no other matters for inclusion in this Joint Proposed Scheduling Plan.

Respectfully submitted,

*/s/ Kristen N. Van Fossan* (w/permission)
Kristen N. Van Fossan, #63608
Dennis W. Fox & Associates
211 N. Broadway, Suite 2400
St. Louis, MO 63102
PH: (314) 241-9666
FX: (314) 241-1125
Email: kristenv@dwfox.com

*Counsel for Plaintiff*

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar # 16452560
(*Admitted Pro Hac Vice*)
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2022, a true and accurate copy of the foregoing Joint Proposed Discovery Plan was electronically filed with the United States District Court for the Eastern District of Missouri via the Court's CM/ECF system, which will send electronic notice of the filing to the following:

Kristen N. Van Fossan, #63608
Email: kristenv@dwfox.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers