UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY SIGNAIGO,<br><br>Plaintiff,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | ) | Case No. 4:22 CV 896 SEP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DESIGNATION OF NEUTRAL BY PARTIES AND ADR CONFERENCE REPORT**

COMES NOW, Kristen N. Van Fossan, on behalf of plaintiff, and with consent of Defendant, respectfully requesting the Court grant this Unopposed Motion for Extension of Time to File Designation of Neutral by Parties and ADR Conference Report, as Plaintiff's attorney failed to enter the deadline in her calendar when the Rule 16 Conference Report was entered and therefore missed the April 23, 2023 deadline ordered by the Court. For the above reason, Plaintiff requests the Court extend the deadline to file the Designation of Neutral by Parties and ADR Conference Reports through May 5, 2023

The parties have consulted with an approved mediator and have scheduled mediation tentatively for March 30, 2023 at 9:00 a.m., should the Court grant this motion.

Respectfully submitted,
/s/ Kristen N. Van Fossan
Kristen N. Van Fossan, 63608 (MO)
Attorney for Plaintiff
211 N. Broadway, Ste. 2400
St. Louis, MO 63102
PH (314) 241-9666/ FAX (314)241-1125
Email: krsitenv@dwfox.com

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on the Defendant.

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
iwana@rademaekerslaw.com

/s/ Kristen N. Van Fossan
Kristen N. Van Fossan, 63608 (MO)