UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY SIGNAIGO<br>Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:22 CV 896 SEP |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br>Defendant(s). | ) | |

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated APRIL 3, 2023 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: JEROME A. DIEKEMPER

Firm Name and Address: JEROME A. DIEKEMPER, LLC
231 SOUTH BEMISTON, SUITE 800
ST. LOUIS MO 63105

Telephone & FAX Number: 314-854-9155; 314-854-9118 (FASCSIMILE)

**The attorneys of record in this case are:**

Name of Lead Counsel: KRISTEN N. VAN FOSSAN

Firm Name and Address: DENNIS W. FOX & ASSOCIATES
211 NORTH BROADWAY, SUITE 2400
ST. LOUIS MO 63102

Telephone & FAX Number: 314-241-9666; 314-241-1125 (FACSIMILE)

Name of Other Counsel: IWANA RADEMEAKERS

I

Firm Name and Address: LAW OFFICE OF IWANA RADEMAEKERS, P.C.
17304 PRESTON ROAD, SUITE 800
DALLAS, TX 75252

Telephone & FAX Number: 214-579-9319; 469-444-6456 (FACSIMILE)

**The completion deadline for this ADR referral is** JUNE 2, 2023

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: MAY 30, 2023

Time of Conference: 9:00 a.m. a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: VIA ZOOM

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

05/04/2023
Date

/s/ Kristen N. Van Fossan

Signature of Plaintiff(s)

/s/ Iwana Rademaekers

Signature of Defendant(s)