**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **TERRY SIGNAIGO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-000896-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Terry Signaigo and Defendant The Lincoln National Life Insurance Company hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 8th day of June 2023.

Respectfully submitted,

**DENNIS W. FOX & ASSOCIATES**

*/s/ Kristen N. Van Fossan*
Kristen N. Van Fossan, #63608
211 N. Broadway, Suite 2400
St. Louis, MO 63102
PH: (314) 241-9666
FX: (314) 241-1125
Email: kristenv@dwfox.com

Attorney for Plaintiff

- and -

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar # 16452560
(*Admitted Pro Hac Vice*)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2023, a true and accurate copy of the foregoing pleading was electronically filed with the United States District Court for the Eastern District of Missouri via the Court's CM/ECF system, which will send electronic notice of the filing to the following:

Kristen N. Van Fossan, #63608
Email: kristenv@dwfox.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers