UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY SIGNAIGO, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | No. 4:22-CV-00896-SEP |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| Defendant(s). | ) | |

Amended

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☒ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: 6-16-23. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

☐ An ADR conference was held on: 5-30-23.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
________________________________.

The ADR referral was concluded on 6-1?-23 within the 14 day extension granted by the mediator
The parties [☒ did ☐ did not] achieve a settlement. ***Check one***

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 5-30-23 Neutral: Jerome A. Diekemper

DIEKEMPER, JEROME A.
Signature

Date: 7-10-23 Jerome A. Diekemper